## ORDER

PER CURIAM.

**AND NOW,** this 10th day of April, 2002, the Petition for Allowance of Appeal is granted, limited to the following issue. It is denied in all other respects.

Whether appellate counsel was ineffective in failing to timely file a petition for allowance of appeal.

Mr. Justice Eakin did not participate in the consideration or decision of this matter.

## AMENDED RECOMMENDED FINDINGS OF FACT AND CONCLUSIONS OF LAW

Paragraph 5 of the Recommended Conclusions of Law is amended to read:

5. Article 9, § 11 of the Pennsylvania Constitution requires and provides for the reapportionment of local municipalities, providing:

> Within the year following that in which the Federal decennial census is officially reported as required by Federal law, and at such other times as the governing body of any municipality shall deem necessary, each municipality having a governing body not entirely elected at large shall be reapportioned, by its governing body or as shall otherwise be provided by uniform law, into districts which shall be composed of compact and contiguous territory as nearly equal in population as practicable, for the purpose of describing the districts for those not elected at large.

Respectfully submitted,

DAN PELLEGRINI, JUDGE

Comonwealth Court of Pennsylvania

**COMMONWEALTH of Pennsylvania, Respondent,**

**Kenneth CATER, Petitioner.**

Supreme Court of Pennsylvania.

April 10, 2002.